AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

─────── District of ───────

United States
V.
Linda Shaffer

**APPEARANCE**

CASE NUMBER: MJ 04-93 LPC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    LINDA SHAFFER

I certify that I am admitted to practice in this court.

12-07-04
Date

*[Signature]*

Kevin J. Mahoney    555066
Print Name    Bar Number

545 Concord Ave
Address

Cambridge    MA    02138
City    State    Zip Code

617-492-0055    617-492-6886
Phone Number    Fax Number