UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate's Docket No.
04-M00093-LPC

UNITED STATES OF AMERICA

v.

LINDA SHAFFER

ORDER OF REMOVAL

December 8, 2004

COHEN, M.J.

After hearing, and the defendant, by and through counsel having waived a removal hearing, the above named defendant is hereby ordered removed pursuant to the provisions of Rule 5, F.R. Crim. P., to the United States District Court for the Western District of Texas, and the defendant shall appear before that Court for further proceedings when directed to do so.

It is further ordered that bail be returnable in the United States District Court for the Western District of Texas upon defendant's first appearance before that Court.

_____
UNITED STATES MAGISTRATE JUDGE