UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Vs. | ) CRIMINAL NO. 04MJ00093-LPC |
| | ) |
| | ) |
| LINDA K. SHAFFER, | ) |

ATTORNEY KEVIN J. MAHONEY'S
MOTION TO WITHDRAW

Now comes Defense Counsel in the above-entitled matter and moves this Honorable Court to ALLOW him to withdraw. As reasons, therefore, the Defense Counsel states:

1. The Defendant, Linda K. Shaffer, is under indictment in the U.S. District Court in Austin, Texas. The Defendant made her initial appearance in the U.S. District Court for the District of Massachusetts in December 2004.

2. The Defendant has been approved for court-appointed counsel and has notified counsel in writing that she no longer requires his services and has instructed him to withdraw his appearance on her behalf in this Court; and,

3. Attorney Horatio Aldredge informed Counsel on 12 January 2005 that he had been appointed, by the United States District Court for the Western District of Texas, Austin Division, to represent the Defendant (see attached ORDER APPOINTING COUNSEL, dated 11 January 2005).

Respectfully submitted,

KEVIN J. MAHONEY, ESQ.
545 Concord Avenue, Suite 22
Cambridge, MA 02138
(617) 492-0055
BBO#555066

Dated: 1-19-05

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this motion on the government by mail, e-mail and/or in hand to: A.U.S.A. Michelle McElroy and to A.U.S.A Jeremy Sternberg the 19th day of January 2005.

KEVIN J. MAHONEY

FROM : FPD-AUSTIN   FAX NO. : 5129165894   Jan. 11 2005 12:37PM  P2
Jan-11-05  04:21pm  From-US Clerk Austin   512 916 5894   T-389  P.001/003  F-006

Case 1:04-mj-00093-LPC   Document 7   Filed 01/25/2005   Page 2 of 2





## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | } |
| v. | } |
| LINDA SHAFFER | } Cr. No. A-04-CR-266(2)LY |

### ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by Counsel, and (2) is financially unable to obtain Counsel, therefore,

☐ William H. Ibbotson
or
☐ Abe Hernandez, Jr.
or
☒ Horatio R. Aldredge

assistant Federal Public Defender in the Austin Division is hereby appointed to represent the defendant in the above styled and numbered cause.

If appointment is made by a Magistrate Judge and the case subsequently proceeds to the United States District Court, the appointment shall remain in effect until terminated, or a substitute attorney is appointed.

ORDERED this Tuesday, January 11, 2005.

_____
Andrew W. Austin
United States Magistrate Judge