## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Criminal No.   **MJ 04-93-LPC**

Title:   **USA   v.   LINDA SHAFFER**

# N O T I C E

Please take notice that the above-entitled case previously assigned to

**United States District Court, District of Massachusetts, Magistrate Judge Lawrence P. Cohen** has been transferred to the **United States District Court Western District of Texas** for all further proceedings.

Thank you for your cooperation in this matter.

                TONY ANASTAS
                CLERK OF COURT

By:   /s/ Maria Simeone
      Courtroom Deputy
      The Honorable Lawrence P. Cohen

Date: December 10, 2004